# United State Court For the District of Rhode Island

United State of America ca#: 98-CR-64ML

Vs.

Felipe C. Almonte
dob: 5/26/68

## PETITION TO EXCLUDE DNA TESTING AND TEMPORARY RESTRAINING ORDER

Petitioner, Felipe C. Almonte, comes before this Honorable Court to request an order to exclude DNA testing and samples collection by the Bureau of Prisons, US Probation dept., and the US Attorney General Office. In support of this petition He states the following:

- Through a plead agreement he was convicted and sentenced in 1998
- Congress passed the DNA testing requirement in/about 2002 for cases covering Petitioner conviction. **Title 42 U.S.C. $14135a(a)(5).**
- DNA testing and collection will amount to additional punishment not part of Plea Agreement.
- Once samples are collected it will be impossible to erase all traces collection from all the Government computers.

Respectfully submitted;

Felipe C. Almonte, Pro-se

## CERTIFICATION

I, Felipe Almonte, certify that a true copy of this petition was sent to the US Attorney General's Office at 50 Kennedy Plaza, Providence, RI 02903 and the US Probation Office Kennedy Plaza, US Post Office Bldg. 3rd Floor on this 13th of September 2006 via First class Mail.

Felipe Almonte

## NOTICE

Please take notice that this motion will be heard on 21st of September, 2006 or as soon as it is possible.

401- 837-2480