Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: **Felipe C. Almonte (pro se)**

RE: **CR 98-064ML**

**USA** v **Felipe C. Almonte**

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **December 5, 2006**, and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. (Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).)

_____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

√ 4. **Papers will not be accepted for filing without a certificate of service.** (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 6. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

_____ 10. Other: _____

ENTER:
[signature]
United States Magistrate Judge

Date: 12/5/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CR No. 98-64-ML** |
| vs. | * | Before Honorable Mary M. Lisi |
| FELIPE C. ALMONTE | * | For Defendant: David A. Schecter, Esq. |

**PETITION FOR RE-SENTENCE AND END FEDERAL PROBATION**

Petitioner, Felipe C. Almonte, requests this Honorable Court to re-sentence him to a lower sentence and end his Federal Probation. In support thereof he states the following:

He was sentenced in June 25, 1999 before this Honorable Court to 57 months of incarceration at a Federal Facility and another five years of Federal Probation.

He is now under Federal Probation. Probation Officer Clara King.

The sentence was imposed pursuant to the Mandatory Sentence Guideline in effect at the time. In 2005 the US Supreme Court held mandatory sentence illegal and made it advisory only. **US v. Booker.**

This Honorable Court, at sentence hearing, June 25, 1999, expressly stated that the sentence imposed was too excessive, but for the mandatory sentence guideline: **"It seems to me that 57 months is almost five years - - is still a very, very long time for anyone to pay."** Sentence Transcript (6/25/1999), page 22, 1st paragraph.

Respectfully submitted;

Felipe C. Almonte , Pro-se
190 Althea Street
Providence, RI 02909