UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CR No. 98-64-ML** |
| vs. | * | Before Honorable Mary M. Lisi |
| FELIPE C. ALMONTE | * | For Defendant: David A. Schecter, Esq. |

**PETITION FOR RE-SENTENCE AND END FEDERAL PROBATION**

Petitioner, Felipe C. Almonte, requests this Honorable Court to re-sentence him to a lower sentence and end his Federal Probation. In support thereof he states the following:

He was sentenced in June 25, 1999 before this Honorable Court to 57 months of incarceration at a Federal Facility and another five years of Federal Probation.

He is now under Federal Probation. Probation Officer Clara King.

The sentence was imposed pursuant to the Mandatory Sentence Guideline in effect at the time. In 2005 the US Supreme Court held mandatory sentence illegal and made it advisory only. **US v. Booker.**

This Honorable Court, at the sentencing hearing, June 25, 1999, expressly stated that the sentence imposed was too excessive, but for the mandatory sentence guideline: "**It seems to me that 57 months is almost five years - - is still a very, very long time for anyone to pay.**" Sentence Transcript (6/25/1999), page 22, 1st paragraph.

Respectfully submitted;

Felipe C. Almonte, Pro-se
190 Althea Street
Providence, RI 02909

## CERTIFICATION

I, Felipe C. Almonte, certify that a true copy of this petition was sent to the US Attorney General's Office at 50 Kennedy Plaza, Providence, RI 02903, and The U.S. Probation Office, 2 Exchange Terrace, Providence, RI 02903 via First class Mail on December 18, 2006.

Felipe C. Almonte