# United State Court For the District of Rhode Island

United State of America

Vs.

Felipe C. Almonte
dob: 5/26/68

ca#: CR-98-64-ML

before Honorable Judge Mary Lisi

## MOTION FOR RECONSIDERATION OF PETITION TO EXCLUDE DNA TESTING AND TEMPORARY RESTRAINING ORDER

Petitioner, Felipe C. Almonte, comes before this Honorable Court to request an order to exclude DNA testing and samples collection by the Bureau of Prisons, US Probation dept., and the US Attorney General Office. In support of this petition He states the following:

- A petition was originally file on/about 9/13/2006.
- That there is an **EX POST FACTOR** issue to be considered. The Courts has Long held laws passed after the offense date to be inapplicable to that Particular offense.
- Through a plead agreement he was convicted and sentenced in 1998
- Congress passed the DNA testing requirement in/about 2002 for cases covering Petitioner conviction. **Title 42 U.S.C. $14135a(a)(5).**
- DNA testing and collection will amount to additional punishment not part of Plea Agreement.
- Once samples are collected it will be impossible to erase all traces collection from all the Government computers.

Respectfully submitted;

Felipe C. Almonte, Pro-se