# United State Court For the District of Rhode Island

United State of America ca#: CR-98-64-ML

Vs.

Felipe C. Almonte
dob: 5/26/68

## REQUEST FOR NOTIFICATION OF DECISION OF MOTION

Petitioner, Felipe C. Almonte, comes before this Honorable Court to request notification by mail to the address provided bellow of outcome of the motion for reconsideration of DNA exclusion petition. No notification was given to the petitioner on original petition and an appeal could not be perfected.

Respectfully submitted;

Felipe C. Almonte, Pro-se
190 Althea Street
Providence, RI 02909

# CERTIFICATION

I, Felipe C. Almonte, certify that a true copy of this petition was sent to the US Attorney General's Office at 150 Kennedy Plaza, Providence, RI 02903, and The U.S. Probation Office, 2 Exchange Terrace, Providence, RI 02903 via First class Mail on March 16, 2006.

Felipe C. Almonte