**FIRST CIRCUIT APPEAL'S COURT**
**FOR THE DISTRICT OF RI**

United State CR. No. 98-64-ML

vs.

Felipe C. Almonte

# NOTICE OF APPEAL

Petition for restraining order and exclusion of DNA collection

Petitioner, Felipe Almonte, hereby appeals the denial by the District Court for the District of Rhode Island of his motion/petition for a restraining order and exclusion of DNA collection to the First Circuit Court of Appeals.

Respectfully;

Felipe Almonte, Pro-se
190 Althea Street
Providence, RI 02909

**United State Court of Appeals for the District of Rhode Island**
**Memorandum**
**US vs. Felipe Almonte**
**Cr. No. 98-64-ML**

Petitioner, Felipe C. Almonte, comes before this Honorable Court to request a restraining order to exclude DNA testing and samples collection by the Bureau of Prisons, US Probation dept., and the US Attorney General Office. In support of this *petition he states the following:*

- Petitioner is not a lawyer nor does he pretend to act as one; therefore he is filing Pro-se and requests all considerations be given to Pro-se litigants.
- A petition was originally filed with the District Court, RI. Others followed as reconsiderations of original Petition on/about 4/1/2007.
- The US Probation wants to collect DNA samples from petitioner.
- His civil rights protection under the 4th amendment against unreasonable search and seizures will be violated.
- Collection of DNA does not apply to petitioner case. There is an **ex post factor** issue to be considered. The Courts have long held laws passed after the offense date to be inapplicable to that particular offense.
- Through a plead agreement he was convicted and sentenced in 1998. Petitioner is no longer incarcerated and as such his civil rights has been restored.
- Congress passed the DNA testing requirement in/about 2002 for cases covering petitioner conviction. **Title 42 U.S.C. S14135a(a)(5).**
- DNA testing and collection will amount to additional punishment which were not part of the original Plea Agreement; nor was Petitioner advised of it by the court at his sentencing hearing.
- Once samples are collected it will be impossible to erase all traces of collection from all the Government computers.

**WHEREFORE:**

Petitioner requests this honorable court to issue a permanent restraining order to the US Probation Office and the US Government entities involved/to whom it may concerned to prevent collection of the DNA samples from petitioner.

Respectfully submitted;

Felipe C. Almonte, Pro-se

**CERTIFICATION**

I, Felipe C. Almonte, certify that a true copy of this petition was sent to the US Attorney General's Office at 50 Kennedy Plaza, Providence, RI 02903, and The U.S. Probation Office, 2 Exchange Terrace, Providence, RI 02903 via First class Mail on April 15, 2007.

Felipe C. Almonte