**FIRST CIRCUIT APPEAL'S COURT**
**FOR THE DISTRICT OF RI**

United State CR. No. 98-64-ML

vs.

Felipe C. Almonte

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Petitioner, Felipe Almonte, request this honorable court for a temporary restraining order, to prevent collection of DNA samples from petitioner, issue to the US Probation Office, and any other Government agency involved with DNA collection. He states that an appeal has been filed with this court in this matter and his civil rights will be violated with out the restraining order.

Respectfully;

Felipe Almonte, Pro-se
190 Althea Street
Providence, RI 02909