UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 20, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

**CCA#** 07-1637

CR 98-064ML
USA v. Felipe Almonte

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ________________
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. Original Transcripts (Doc. Nos. 31, 47, 63, 69)**
**Certified docket**