# United States Court of Appeals
## For the First Circuit

No. 07-1637

UNITED STATES,
Appellee,

v.

FELIPE ALMONTE, a/k/a Carlos E. Velez,
Defendant-Appellant.

**ORDER OF COURT**

Entered: May 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon review of the record in this case, it appears that this appeal should be dismissed because the notice of appeal, filed in CR No. 98-00064 (D. R.I.) on April 19, 2007 from the order that entered on April 3, 2007, is late. See Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within ten days of judgment or order appealed from).

The notice of appeal, however, was filed within the thirty days immediately following that ten-day period. See Fed. R. App. P. 4(b). The district court, upon a showing of excusable neglect or good cause, may enlarge the time for filing a notice of appeal filed within that thirty-day period. Accordingly, we transmit the notice of appeal to the district court for a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed. Copies of the district court's decision shall be forwarded to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk

[Certified Copy: Honorable Mary M. Lisi,
David DiMarzio, Clerk, U.S. District Court for the District of Rhode Island]
[cc: Felipe Almonte, Donald Lockhart, AUSA]