UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA 98-064 ML

FELIPE ALMONTE

ORDER

Petitioner/Appellant has filed a Notice of Appeal, however, that notice was not timely filed. Petitioner/Appellant is directed to advise this Court of any reason he has as to why he did not file his Notice of Appeal within the ten days of April 3, 2007. Petitioner/Appellant shall file his response to this Order on or before May 31, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May 10 , 2007