AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 06 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

FELIPE ALMONTE

**WARRANT FOR ARREST**

CASE NUMBER: CR 98-064-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FELIPE ALMONTE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

September 6, 2007 at Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 9/6/07 | NAME AND TITLE OF ARRESTING OFFICER Robert D. Young CI DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |
| DATE OF ARREST 9/13/07 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.