IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 98-064ML |
| | ) | |
| FELIPE ALMONTE | ) | |

MOTION TO DISMISS SUPERVISED RELEASE VIOLATION

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to dismiss the supervised release violation dated September 6, 2007 on grounds that the defendant has complied with the instructions of the United States Probation Officer.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney

SO ORDERED: DEFENDANT'S TERM OF SUPERVISED RELEASE IS COMPLETED.

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

Date: 9/25/07