MANDATE

98-00064
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 07-1637

UNITED STATES,
Appellee,

v.

FELIPE ALMONTE,
Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
Lynch, Lipez and Howard, Circuit Judges.

**JUDGMENT**

Entered: September 17, 2007

This criminal appeal was filed beyond the ten-day appeal period described in Rule 4(b)(1) of the Federal Rules of Appellate Procedure. The district court declined to extend that period under Rule 4(b)(4), finding neither "good cause" for delay nor "excusable neglect" on the appellant's part. Directed to show cause why the appeal should not be dismissed as untimely, the appellant argues that "the time clock should not start until fair notice is given" by the district court. He deems this to be a Due Process requirement.

As we have said in another context, "[i]gnorance of the law alone, even for incarcerated pro se prisoners, does not excuse an untimely filing." Lattimore v. Dubois, 311 F.3d 46, 55 (1st Cir. 2002). This appeal is dismissed as untimely. Construed as a petition for hearing or rehearing en banc, the "Notice of Appeal en banc In Case of Denial" is denied. To the extent that the appellant is trying to broaden the scope of this appeal to include an unresolved Fourth Amendment claim, which he apparently filed in the district court on May 31, 2007, the motion to correct records is also denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/11/07

[cc: Felipe Almonte, Donald Lockhart, AUSA]